IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00846-CMA-KMT

DAVE McANDREWS,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' Stipulated Motion To Dismissal With Prejudice (Doc. # 10), properly signed by the attorneys for the parties hereto, is GRANTED. It is

ORDERED that this case is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED: July __12__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge